**Paul M. GAMBOA, Plaintiff–Appellant–Cross–Appellee,**

v.

**Winona E. RUBIN, Director, Dept. of Human Services, State of Hawaii, Defendant-third-party-plaintiff-Appellee–Cross–Appellant,**

v.

**Donna E. SHALALA, Secretary of Health & Human Services, Defendant-third-party-defendant-Appellee.**

Nos. 94–15302, 94–15303.

United States Court of Appeals, Ninth Circuit.

Sept. 18, 1996.

### ORDER

HUG, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.